Joseph R. Guttman, Plaintiff-Appellant, v. Melvin R. Guttman, Defendant-Appellee.

Gen. No. 47,658. 

First District, Second Division.

May 12, 1959.

Rehearing denied June 2, 1959.

Released for publication June 8, 1959.

Richard H. Mangold, for appellant; Eugene Lieberman, for defendant-appellee. Opinion by JUSTICE KILEY. Not to be published in full.